768 A.2d 177

IN THE MATTER OF CAROL POWE NEWTON,
AN ATTORNEY AT LAW

Decided March 27, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **CAROL POWE NEWTON** of **PATTERSON**, who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of one year

36

effective August 13, 1999, by Order of this Court dated July 15, 1999, be restored to the practice of law, effective immediately.